Jensen Family Trust
915 Carol Way
Fernley, NV 89408
(775)575-1957

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ORR WATER DITCH CO., et al.,
    Defendant.

Case No.: 3:73-cv-00003-LDG
In Equity A-3-LDG

Subfile: 3:73-cv-0029-LDG

### NOTICE OF WITHDRAWAL OF PARTICIPATION

COMES NOW, JENSEN FAMILY TRUST, hereby requests, that the Court allow Jensen Family Trust to withdraw from participation in the above entitled case.

Respectfully submitted this 27 day of September, 2012.

By: Jensen Family Trust

ORDER

IT IS SO ORDERED.

DATED this 28 day of September, 2012.

_____
Lloyd D. George
Sr. U.S. District Judge

-1-